UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 1

| | |
|---|---|
| **CTI DOOR COMPONENTS, INC.**<br><br>                               **Plaintiff,**<br><br>v.<br><br>**UNITED STATES,**<br>                               **Defendant.** | **S U M M O N S**<br><br>Court No.  26-01444 |

TO:    The Attorney General and the Secretary of Homeland Security:

    **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



                                                 /s/ Gina Justice<br>
                                                 Clerk of the Court

## PROTEST

| | |
|---|---|
| Port(s) of Entry: Port of Mobile | Center (if known):  Center of Excellence and Expertise – Industrial and Manufacturing Materials |
| Protest Number: 190126101430 | Date Protest Filed:  February 13, 2026 |
| Importer: CTI Door Components, Inc. | Date Protest Denied:  February 26, 2026 |
| Category of Merchandise: Exterior wooden door frame components (heads and legs) | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| BYF-0053414-4 | 3/19/2025 | 2/6/2026 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

                                               

| |
|---|
| Jill A. Cramer<br>Mowry & Grimson, PLLC<br>5335 Wisconsin Ave., NW, Suite 810<br>Washington, D.C. 20015<br>202-688-3610, jac@mowrygrimson.com |

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Exterior wooden door frame legs & heads | 4418.99.9195, HTSUS | 3.2% *ad valorem* underlying duty | 4409.10.9040, HTSUS | Free of underlying duty |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: CTI Door Components, Inc. ("DCI") challenges the decision by U.S. Customs and Border Protection at liquidation to classify or reclassify the imported door components under HTSUS 4418.99.9195 and assess additional duties, which is not proper. DCI claims that classification is proper under HTSUS heading 4409, and subheading 4409.10.9040.

The issue which was common to all such denied protests: N/A

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Jill A. Cramer
*Signature of Plaintiff's Attorney*

March 4, 2026
*Date*

## SCHEDULE OF PROTESTS

<u>Center of Excellence and Expertise (if known) – Industrial and Manufacturing Materials Center</u>

** Same protest as listed on page 1.

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 190126101430 | 2/13/2026 | 2/26/2026 | BYF-0053414-4 | 3/19/2025 | 2/6/2026 | 1901 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025)